**Affirmed and Memorandum Majority and Concurring Opinions filed May 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00449-CR

---

## LARRY DEWITT JACKSON, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 18734**

---

### MEMORANDUM CONCURRING OPINION

I concur in this court's judgment and join the majority's opinion with the exception of the discussion of the third issue.

The majority states, and I agree, "In most cases, a direct appeal proves an inadequate vehicle for raising an ineffective-assistance claim because the record generally stands undeveloped and cannot adequately reflect the motives behind trial counsel's actions." While this is one of those cases, trial counsel's

representation also raises legitimate concerns.

At this point, the only forum to develop that record is in a potential habeas-corpus proceeding. Absent a developed record, this court correctly overrules the third issue but nonetheless keeps discussing the ineffective-assistance claim. I do not join that discussion as it potentially poisons the well if an application for a writ of habeas corpus is filed.


/s/    Charles A. Spain
Justice

Panel consists of Justices Jewell, Spain, and Wilson (Wilson, J., majority).

Do not publish — Tex. R. App. P. 47.2(b)